| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: Robert / Louis / Kehr (First Name / Middle Name / Last Name) | Case #: | 19-20376-MER |
| Debtor 2: ___ / ___ / ___ (First Name / Middle Name / Last Name) | Chapter: | 7 |

## Local Bankruptcy Form 1009-1.1
## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.**

### Part 1   Notice

You are hereby notified that the debtor has filed amended documents: **[petition/list(s)/schedule(s)/statement(s), and/or addition of creditor(s)]**.

### Part 2   Amendments

**2.1. Petition**

☐ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

**2.2. List(s)**

☐ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |
|  |  |

**2.3. Schedule(s) of Debts**

☐ Not applicable (no amendments to Schedules of Debt(s))

☐ Schedule(s) of Debts are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
|  |  |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served.  Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |
| ☐ New creditor<br>☐ Amendment to existing creditor |  |  |  |  |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
|  |  |
|  |  |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
|  |  |
|  |  |

Schedules I/J:

| Amended/New information |
|---|
|  |
|  |
|  |

**2.4. Statement(s)**

☐ Not applicable (no amendments to Statement(s))

☒ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| Statement of Financial Affairs | Listed as Not Married | Listed as Married |

**2.5. Addition of Creditor(s)**

☐ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |

**Part 3   Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: December 18, 2019

By: */s/ K. Jamie Buechler*
   K. Jamie Buechler, #30906
999 18th Street, Suite 1230-S
Denver, CO 80202
Telephone number: 720-381-0045
Facsimile number:  720-381-0382
E-mail address:  Jamie@KJBlawoffice.com

**Part 4   Verification of Debtor**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2019

By: */s/ Robert L. Kehr*
   Robert L. Kehr
2100 N. Ursula Street, Apt. 112
Aurora, CO 80045

Schedules I/J:

| Amended/New information |
|---|
|  |
|  |

## 2.4. Statement(s)

☐ Not applicable (no amendments to Statement(s))

☒ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| Statement of Financial Affairs | Listed as Not Married | Listed as Married |

## 2.5. Addition of Creditor(s)

☐ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |

## Part 3  Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: December 12, 2019

By: /s/ K. Jamie Buechler
K. Jamie Buechler, #30906
999 18th Street, Suite 1230-S
Denver, CO 80202
Telephone number: 720-381-0045
Facsimile number: 720-381-0382
E-mail address: Jamie@KJBlawoffice.com

## Part 4  Verification of Debtor

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 11, 2019

By: [signature]
Robert L. Kehr
2100 N. Ursula Street, Apt. 112
Aurora, CO 80045

## CERTIFICATE OF SERVICE

      The undersigned certifies that on December 18, 2019, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **Notice of Amendment of Petition, Lists, Schedules, Statements and/or Addition of Creditors**, on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

**VIA U.S. MAIL and/or Email:**

Robert L. Kehr
2100 N. Ursula St., Apt. 112
Aurora, CO 80045

**Via CM/ECF**

| John Smiley | US Trustee |
|---|---|

      */s/ Sharon E. Fox*
      For Buechler Law Office, L.L.C.