UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:  Robert Louis Kehr )
)
)
) Case No.19-20376
) Chapter 7
)

**MOTION TO IDENTIFY REAL PROPERTY AS ABANDONED**

COMES NOW the Creditor, Stacey Goddard-Kehr, by and through Counsel Havilah Louise Bruno Lilly of Antommaria & Rodionov, LLC, and herein respectfully requests this Court to identify the real property as abandoned for reasons state as follows:

1. A meeting of creditors was held on January 9, 2020 at 8:30 am.

2. The undersigned has discussed this motion with the Trustee. It is undersigned's understanding that the trustee does not object to this motion or the requested relief herein.

3. Ms. Goddard-Kehr requests a declaration of abandonment, abandoning any and all claims to the extent they occurred and/or are related to the real property located at 7957 W. River Trail, Marana, AZ 85658.

4. That this request is not to unduly delay this proceeding.

**WHEREFORE,** Ms. G respectfully requests that this Court enter an order, the form of which is submitted herewith, identifying the real property as abandoned in the above-captioned case and for such further relief as this Court deems appropriate.

Dated: 01/20/2020

Respectfully Submitted,
Antommaria & Rodionov, LLC

s/Havilah Louise Bruno Lilly
Havilah Louise Bruno Lilly, #47937
1029 14th Street
Greeley, CO 80631
Phone: (970)346-8888
Fax: (970)353-2209

## CERTIFICATE OF SERVICE

    I hereby certify that true and correct copies of the foregoing were duly ☒ mailed postage prepaid, ☐ faxes, ☐ emailed, on 1/20/2020 to the following:

John Smiley
600 17th Street, Ste 2800S
Denver, CO 80202

Kelsey Jamie Buechler
999 18th St., Ste., 1230 S
Denver, CO 80202

s/ Alejandra Franco-
Antommaria & Rodionov, LLC